474 A.2d 690

Commonwealth v. Madden, Appellant.

Submitted May 25, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Affirmed in part and reversed in part with judgment of sentence vacated and case remanded for an evidentiary hearing. If the lower court finds that counsel was ineffective, then it should grant appropriate relief. If appellant is unable to sustain his contentions that trial counsel was ineffective, then judgment of sentence should be reimposed.

Jurisdiction relinquished.

474 A.2d 691

Commonwealth v. Miller, Appellant.

Submitted March 5, 1984. Michael E. Moyer, Assistant Public Defender, for appellant; Emil W. Kantra, II, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.